by Louis Levin and another against James E. Dietz. No opinion. Judgment affirmed, with costs. See 96 N. Y. Supp. 468.

LEVINE, Respondent, v. GOLDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Hyman Levine against Morris Goldman. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEVY, Respondent, v. CENTRAL CONSUMERS' WINE & LIQUOR CO., Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Max Levy against the Central Consumers' Wine & Liquor Company. M. Paskus, for appellant. J. S. Epstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LIEBERMAN, Respondent, v. SOLOMONSON, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Samuel Lieberman against Joseph Solomonson. No opinion. Motion granted, to the extent of permitting each party to file affidavits on the question of the nonpayment of costs.

LILIENTHAL v. BETZ. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Albert Lilienthal against John F. Betz. No opinion. Motion denied. Order filed.

LINDSTROM, Respondent, v. SILSBY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Matilda J. Lindstrom against Minnie Silsby.

PER CURIAM. Judgment modified, by deducting therefrom two items, one of $50 for commissions, and one of $7 expense of moving, thus reducing the damages to the sum of $263.-10, as of date of entry of judgment, and, as so modified, the judgment is affirmed, with costs of this appeal to the respondent.

In re LOSEE'S ESTATE et al. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of the estate of Stephen Losee, deceased, Estelle Losee Hurd, as administratrix, etc., of Cornelius Losee, deceased, and others.

PER CURIAM. Decree of the Surrogate's Court of Kings county affirmed, with costs, upon the opinion of the surrogate. 94 N. Y. Supp. 1082, 46 Misc. Rep. 363.

HIRSCHBERG, P. J., and JENKS, J., dissent.

LOWERY, Appellant, v. HUNTINGTON LIGHT & POWER CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by William E. Lowery against the Huntington Light & Power Company. No opinion. Reargument ordered, and case set down for Tuesday, April 30, 1907.

LUBBEE, Appellant, v. HILGERT et al., Respondents. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Henry Lubbee, an infant, against Mathew Hilgert and another. L. Sturcke, for appellant, J. S. Rosalsky, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LYON et al., Respondents, v. TOWNSEND et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by William A. Lyon and another against Edward I. Townsend and another. No opinion. Motion for leave to appeal to the Court of Appeals denied.

McCLURE v. SCHRATWEISER. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Everett McClure against Jacob Schratweiser. No opinion. Motion denied, on condition that appellants be ready for May term. Order filed.

McKAY, Respondent, v. CITY OF OSWEGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 1906.) Action by Thomas L. McKay against the city of Oswego.

PER CURIAM. Judgment and order denying motion for new trial under section 999 of the Code of Civil Procedure reversed, and a new trial granted on the facts, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment, as thus modified, and the order, are affirmed, without costs of this appeal to either party.

McLENNAN, P. J., not sitting. NASH, J., dissents and votes for new trial.

McKAY, Respondent, v. CITY OF OSWEGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Thomas L. McKay against the City of Oswego.

PER CURIAM. Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with costs.

McLENNAN, P. J., not sitting. NASH, J., dissents.

McMAHON, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division. Third Department. May 8, 1907.) Action by Timothy McMahon against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See 101 N. Y. Supp. 805.

SMITH, P. J., not voting.

In re MacRAE. (Supreme Court, Appellate Division, First Department. April 12, 1907.)

In the matter of Charles MacRae. No opinion. Motion denied, with $10 costs. Order filed.

---

MAGNONI, v. GIFUNI. (Supreme Court, Appellate Term. May 16, 1907.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Michael Magnoni against Joseph Gifuni. Appeal by defendant from a judgment in favor of plaintiff. Affirmed. Joseph Gifuni, in pro. per. Ely Rosenberg, for respondent.

SEABURY, J. The plaintiff has recovered a judgment for $250 and costs against the defendant. The defendant is an attorney and counselor at law, and the plaintiff was a clerk in his office. The testimony established, and the trial justice found, that the defendant agreed to pay the plaintiff one-half of the defendant's fees, after deducting costs and disbursements, from cases which the plaintiff sent or caused to be sent to the defendant. The evidence clearly shows that the plaintiff caused one Spinella to retain the defendant to collect his claim against the Pennsylvania Railroad Company. This claim, through the efforts of the defendant, was settled for $4,000, and 10 per centum of this sum was paid to the defendant as his fee. Spinella also paid the defendant an additional fee of $100. These facts being proven, the trial justice gave judgment for the plaintiff. The issue upon the trial was solely one of fact, and the evidence sustains the determination of the trial justice. Judgment affirmed, with costs. All concur.

---

MALHAMI et al., Respondents, v. ABDELNOUR et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by George Malhami and another against Selma Abdelnour and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

MALLOY, Respondent, v. STARIN, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Walter R. Malloy, an infant, against John H. Starin. D. W. Richards, for appellant. J. M. Gardner, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

---

MANCE, Respondent, v. HOSINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Louis C. Mance against George A. Hosington.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless within 40 days from date of service of a copy of this order, with notice of entry hereof, appellant file and serve the printed papers on appeal, as required by rule 41, and pay $10 costs of this motion, in which event the motion is denied, without costs.

---

MARIENFELD, Respondent, v. FREUNDLICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Fritz Marienfeld against Abraham Freundlich and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

MARKELL, Respondent, v. MORSE CHAIN WORKS, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by George R. Markell, Jr., against the Morse Chain Works. No opinion. Judgment and order unanimously affirmed, with costs.

---

MARSON, Respondent, v. FOLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by William H. Marson against Frank F. Foley and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re MARX. MANN et al. v. NUSTED et al. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of the judicial settlement of the account of Margarethe C. Marx, as executrix of Frederick Marx, deceased. Margarethe C. Marx, individually and as executrix of Frederick Marx, deceased, Ernestina Mann, and others, against Sophie L. C. Nusted and others. No opinion. Motion for reargument denied, with $10 costs.

---

MAUCHER, Respondent, v. FUCHS, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Elizabeth Maucher, as administratrix, etc., of Joseph Maucher, deceased, against Michael Fuchs.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., dissents.

---

MAXON, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by Abe Maxon against Fred Miller and others.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and WILLIAMS, JJ., dissent.

(119 App. Div. 832)

In re MAYOR, ETC., OF CITY OF NEW YORK. In re VANDERBILT AVE. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Proceeding in the matter of the mayor, aldermen, and commonalty of the city of New York, in relation to Vanderbilt avenue. Appeal from an order confirming a report of commissioners. Order affirmed. John P. Dunn, for appellant. S. Livingston Samuels, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the authority of In re Mayor, 95 App. Div. 533, 88 N. Y. Supp. 769.

INGRAHAM, J. (dissenting). The respondent has been awarded $2,000 to compensate her